UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:13-cr-00003-JPH-CMM |
| ) | |
| DANNY K. HIGHT, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Craig M. McKee's Report and Recommendation and all findings therein, dkt. [82]. The Court now **ORDERS** that Mr. Hight's supervised release is therefore **REVOKED**, dkts. [45], [65], and Mr. Hight is sentenced to the custody of the Attorney General or his designee for imprisonment of 16 months with no supervised release to follow.

**SO ORDERED.**

Date: 10/27/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal